# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:24-CV-00136-RJC-SCR

| | |
|---|---|
| THE AUTO CLUB GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| PALMETTO TOWING & RECOVERY ) | |
| OF HILTON HEAD LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motions for Admission *Pro Hac Vice* and Affidavits [for Edward Mizera and Edward Ruberry]" (Doc. Nos. 2&3) filed February 6, 2024. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: February 6, 2024

Susan C. Rodriguez
United States Magistrate Judge