UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00136-RJC-SCR

| | |
|---|---|
| THE AUTO CLUB GROUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PALMETTO TOWING & RECOVERY OF ) <br> HILTON HEAD LLC, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Palmetto Towing & Recovery of Hilton Head LLC's Motion to Set Aside Default, (Doc. No. 13), and Plaintiff The Auto Club Group's Response, (Doc. No. 14).

Plaintiff brought this action against Defendant on February 6, 2024. (Doc. No. 1). No answer having been filed, Plaintiff moved for entry of default on April 2, 2024. (Doc. No. 9). The Clerk of Court thereby entered Defendant's default on April 3, 2024. (Doc. No. 11). Defendant now moves this Court, with Plaintiff's consent, showing good cause to set aside the Entry of Default because Defendant was served at a residence in which its registered agent no longer resides. (Doc. No. 13 at 1–2; Doc. No. 14 at 1).

**IT IS, THEREFORE, ORDERED** that:

1. Defendant's Motion to Set Aside Default, (Doc. No. 13), is **GRANTED**;

2. The April 3, 2024 Entry of Default, (Doc. No. 11), is **SET ASIDE**.

1

Signed: October 9, 2024

*[signature]*

Robert J. Conrad, Jr.
United States District Judge